JOE M. SNIPES v. IDA M. SNIPES (WIDOW); VERNON P. DAVIS AND WIFE, BARBARA S. DAVIS

No. 99A82

(Filed 13 July 1982)

APPEAL by defendants as of right pursuant to G.S. 7A-30(2) from the decision of the Court of Appeals (*Judge Harry C. Martin*, with *Judge Clark* concurring, and *Judge Hedrick* dissenting) reported at 55 N.C. App. 498, 286 S.E. 2d 591 (1982), affirming the judgment granting plaintiff's motion for a directed verdict at the close of all the evidence and denying defendants' motions for directed verdicts on their counterclaims by *Bailey, Judge*, filed 9 December 1980 in Superior Court, CHATHAM County.

*Barber, Holmes & McLaurin, by Edward S. Holmes, for plaintiff-appellee.*

*Gunn & Messick, by Paul S. Messick, Jr., for defendant-appellants.*

PER CURIAM.

The facts are fully and accurately stated in the Court of Appeals' opinion. We hereby adopt the reasoning stated by the Court of Appeals and affirm its decision in all respects.

Affirmed.